

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2020

No. 04-19-00659-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

Margarita **LOPEZ,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV05720
Honorable John Longoria, Judge Presiding

# O R D E R

On December 23, 2019, we granted Appellant's request to abate this appeal and suspend the appellate deadlines to give the parties time to settle. We ordered Appellant to file a motion to dismiss or a motion to reinstate the appeal by February 18, 2020. On February 6, 2020, Appellant filed an unopposed motion for a thirty-day extension of the abatement period until March 19, 2020, to give the parties more time to conclude a settlement.

Appellant's unopposed motion to extend the abatement period is GRANTED. We caution the parties that **no further extensions of the abatement period will be granted**.

We ORDER Appellant to file in this court not later than March 19, 2020, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

If the parties fail to settle, the reporter's record will be due on March 30, 2020.

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2020.



MICHAEL A. CRUZ,
Clerk of Court